UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 00-CV-59 PAM/JGL

**SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' INDUSTRY WELFARE PLAN; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' ANNUITY AND 401(k) PLANS; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' VACATION & HOLIDAY PLAN; and SOUTH CENTRAL MINNESOTA JOINT APPRENTICESHIP COMMITTEE FOR THE ELECTRICAL INDUSTRY TRUST FUND;**

Plaintiffs,

vs.

**BRANDT ELECTRIC, INC.,**

Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: March 9 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu

Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2200 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2041
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED MAR 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: May 14, 2000

Paul A. Magnuson
Judge of District Court